Rhonda Crowl
XXXXXXXXXXXXX
La Push, WA 98350

The Honorable Thomas O Rice
District Court Judge
United States District Court E.D. Washington
Po Box 1493
Spokane, WA 99210

August 22, 2022

Dear Honorable Thomas O Rice;

My name is Rhonda Crowl, I am the mother of Kylie Ruby Flores.

My family was fortunate to receive Kylie when she was 9 months old and later able to legalize it with adoption when she was about 2 ½ to 3 years of age. She was a welcome addition to our family. As she grew, we could tell she loved animals and loved helping adults. She was always helping others out. Academically though, there were some concerns. It was during her toddler stages that we noticed that she was a slow learner and had delayed milestones. During her Kindergarten year they tested her before she could proceed to the first grade. The testing showed a diagnosis of mild mental retardation. She was placed in special education classes, throughout her time in education. Though she struggled in education, she always loved to read. I recall of the great happiness it was when she learned how to read as she always enjoyed reading. She always had a book near her. Growing up her favorite was fan fiction.

During school, she was always a loner child, and did not play or interact with children her own age nor did she "hang out" as a teenager. She had a friend here and there, and during her younger years, she spent most of her time at church and church functions. She loved attending the Assembly of God, and Church camp. She tried going to Girl Scouts and 4H groups, but she did not care for them. She loved being around animals and helping out with children younger than her.

Kylie would help out with babysitting younger children at cultural activities, such as Drum Group and Quileute Days.

After she graduated from Quileute Tribal School, she met a man, and she moved to Bellevue to be with him. Once there she got a job at a high end day care center. Her partner was 5 years older than her. Though the relationship was good at first, they started to have issues, and he became violent. Kylie desperately wanted a "perfect" family – a husband, child, white picket fence and great house. She tried her hardest to keep her relationship intact. This did not work, and she eventually left and came home to La Push.

She met someone online when she was home who was in Army. They were on and off for a year, but this ended. She started dating Mackenzy's father, who was 18 years older than her. Kylie became pregnant almost immediately in the relationship. Her partner had severe drug and alcohol issues and became violent almost every night. She tried to keep this relationship together, but eventually she had to leave after he hurt Mackenzy. She tried staying in Western Washington, but her partner stalked her, and harassed her. She filed multiple no contact orders, which he violated. Eventually, she fled to Eastern Washington.

Friends assisted Kylie in moving to Eastern Washington, but they eventually kicked her out of housing (they were living in a travel trailer the friends owned) and she was on her own. Kylie was trying to put Mackenzy first.

Though Kylie was adopted, she has had a difficult life. She was removed at birth from her biological mother, and in foster care for the first 9 months of her life. She lost her biological father at 15, her favorite grandparent she was close to at age 24, and her adoptive father at 26. She also lost two grandparents in a two month span at age 29. These were the people she was closest to in her life. She has dealt with so much loss in her life from death, and loss of relationships.

When Kylie was pregnant, she loved the thought of becoming a mother. She loved the whole pregnancy process and was overjoyed when Mackenzy was born. Kylie did everything for Mackenzy. Mackenzy was always taken care of; she was always clean and had everything she wanted that Kylie could afford.  When she lived in La Push, Kylie worked at Quileute Seniors Center and would take Mackenzy with her to work. Kylie always wanted to keep an eye on Mackenzy and ensure she was

safe. She was and is always a protective mother. She does everything she can for Mackenzy.

When our family discovered what happened, we were shocked. This was so out of character for Kylie. We understand she broke the law. She needs to have consequences. However, she is still doing things to protect Mackenzy. She called the police to get a no contact order to protect Mackenzy. Yes, she started everything, but when it got too much, she ended it. She is also taking a plea deal to protect Mackenzy so she does not have to testify. Kylie is doing what she can to still protect her little girl. She is maintaining contact with me and ICW (Tribal child welfare) to know about her children. Kylie and I are also working on rebuilding our relationship. We ask you to think of her family, and her protective actions. She was naïve, but she has taken responsibility for her actions. We ask you take all this into consideration.

Thank you for your time.

*Rhonda Crowl*